## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JAMIE SUE FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-CV-1337 SPM |
| ) | |
| BOARD OF HEALING ARTS, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on review of the file. Plaintiff has failed to comply with the Court's Order dated October 25, 2023, requiring her to submit an amended application to proceed in district court without prepaying fees or costs. *See* ECF No. 4. In the Order, the Court explained that it was unable to determine whether plaintiff meets the economic requirements for *in forma pauperis* status because she submitted a blank financial affidavit. Plaintiff was provided with a copy of the application form and directed to resubmit it with the required information fourteen days after the date of the Court's Order, or November 8, 2023. Plaintiff has not complied and the time for doing so has passed.

Local Rule 2.01 authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. L.R. 2.01(B)(1). Plaintiff had neither paid the filing fee nor submitted a proper motion to proceed without prepayment. The Court warned plaintiff that failure to timely comply with the Court's Order would result in the Court's denial of her request to proceed in district court without prepaying fees or costs.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's application to proceed in district court without prepaying fees or costs [ECF No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff must pay the $402 filing fee within **fourteen (14) days** of the date of this Order.

**Failure to timely pay the full filing fee will result in dismissal of this action without prejudice and without further notice.**

                                                  /s/ Shirley Padmore Mensah
                                                  SHIRLEY PADMORE MENSAH
                                                  UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of November, 2023.